**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DARVEL WILLIAMS, | Case No. 1:17-cv-03859-TWP-MJD |
| Plaintiff, | |
| v. | Honorable Tanya Walton Pratt |
| MED-1 SOLUTIONS, LLC, | Magistrate Honorable Mark J. Dinsmore |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DARVEL WILLIAMS, and the Defendant, MED-1 SOLUTIONS, LLC, through their respective counsel that the above-captioned action is dismissed, without prejudice, against MED-1 SOLUTIONS, LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 23, 2018                                      Respectfully Submitted,

**DARVEL WILLIAMS**                              **MED-1 SOLUTIONS, LLC**

*/s/ Omar T. Sulaiman*                              */s/ Nicholas Moline (with consent)*
Omar T. Sulaiman                                      Nicholas Moline
*Counsel for Plaintiff*                              *Counsel for Defendant*
Sulaiman Law Group, LTD                         Med-1 Solutions, LLC
2500 S. Highland Avenue, Suite 200          517 U.S. Highway 31 North
Lombard, Illinois 60148                           Greenwood, IN 46142
Phone: (630) 575-8181                             Phone: (317) 883-5600
osulaiman@sulaimanlaw.com                    nicholas.moline@med1solutions.com