# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DARVEL WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> MED-1 SOLUTIONS, LLC, <br><br> Defendant. | Case No. 1:17-cv-03859-TWP-MJD <br><br> Honorable Tanya Walton Pratt <br><br> Magistrate Honorable Mark J. Dinsmore |

## ORDER OF DISMISSAL

Plaintiff, DARVEL WILLIAMS ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Agreed Stipulation of Dismissal without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice.

Date: 5/25/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:
Omar T. Sulaiman
mdaher@sulaimanlaw.com

Nicholas Moline
nicholas.moline@med1solutions.com

Richard Ross Huston
rich.huston@med1solutions.com